IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:25-CV-00160-M-BM

| AIDEN BRENNAN, | |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| WESTLAKE SERVICES, LLC, MV CONNECT, INC., and NC RECOVERY SERVICES, INC., | |
| Defendants. | |

This matter comes before the court on Defendants' Motion to Compel Arbitration [DE 17], the parties' Joint Stipulation to Stay Action Pending Arbitration [DE 19], and the parties' Joint Motion to Stay Pending Arbitration [DE 21]. Upon consent of the parties and for good cause shown, the Motion to Compel [DE 17] and Motion to Stay [DE 21] are GRANTED. Pursuant to Sections 3 and 4 of the Federal Arbitration Act, Plaintiff's claims in this matter are referred for arbitration, and the case is stayed pending the outcome of those proceedings. *See* 9 U.S.C. §§ 3–4.

SO ORDERED this 25th day of November, 2025.

Richard E Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE